# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeals of -- )
)
Duplan Industries dba Gilbert Machine ) ASBCA Nos. 59207, 59208, 59360
  & Manufacturing )
)
Under Contract No. N00244-12-P-0785 )

APPEARANCE FOR THE APPELLANT:        H. Todd Whay, Esq.
                                    The Whay Law Firm
                                    Sterling, VA

APPEARANCES FOR THE GOVERNMENT:    Ronald J. Borro, Esq.
                                      Navy Chief Trial Attorney
                                      Stephen D. Tobin, Esq.
                                      Trial Attorney

## ORDER OF DISMISSAL

The dispute has been settled. The appeals are dismissed with prejudice.

Dated: 11 September 2014

MARK N. STEMPLER
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 59207, 59208, 59360, Appeals of Duplan Industries dba Gilbert Machine & Manufacturing, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals